UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. HUNEPOHL,<br><br>    Plaintiff,<br><br>vs.<br><br>VERSUS TECHNOLOGY, INC.<br><br>    Defendant. | No. CIV S-02-0143 MCE KJM<br><br>STIPULATION FOR DISMISSAL BECAUSE OF SETTLEMENT; ORDER |

It is stipulated by the parties to this action, through their attorneys, that:

1. The parties to this action have reached a settlement.

2. Under the terms of the settlement between the parties, this action will be dismissed with prejudice, with each party to bear their own respective attorney's fees and costs.

3. The court may enter an order of dismissal accordingly.

```
Dated: _____          _____/S/_____
                           J. Kevin Elmendorf, Esq.
                           ELMENDORF & WINDHEIM
                           Attorneys for Plaintiff
                           2720 Gateway Oaks Drive, Suite 380
                           Sacramento, CA 95833-4304
                           916/649-8118
```

```
Dated: _____              _/S/_ (as authorized on April 15, 2005)
                               Larry E. Lulofs, Esq.
                               KORSHAK, KRACOFF, KONG & SUGANO
                               Attorneys for Defendant
                               2430 J Street
                               Sacramento, CA 95816
                               916/441-6255
```

**IT IS SO ORDERED:**

Dated: April 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2